# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 10, 2017

*By the Court:*

| | |
|---|---|
| No. 16-3439 | SHEENA MCMILLON,<br>Plaintiff - Appellant<br><br>v.<br><br>JOANNA REINSTEIN, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:15-cv-00780-NJ<br>Eastern District of Wisconsin<br>Magistrate Judge Nancy Joseph |

Upon consideration of the **DEFENDANTS-APPELLEES' MOTION TO CORRECT THE COURT'S ORDER ISSUED MARCH 9, 2017**, filed on March 10, 2017, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. The final order of this court, issued on March 9, 2017, is amended as follows: On pages 1 and 3, all references to "City of Milwaukee" should be "County of Milwaukee."

form name: **c7_Order_3J**(form ID: **177**)